IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

STERLING H. JONES

v.                                          CIVIL ACTION NO.   4:14-cv-00338

PATRICK R. DONOHOE,
POSTMASTER GENERAL,
U.S. POSTAL SERVICE

### ORDER

Jones's motion to dismiss the captioned cause is granted, withouit prejudice to refiling.

SIGNED this 9 day of Apr., 2014.

_____
United States District Judge